No. 654. SOUTHALL, TRADING AS SOUTHALL REALTY Co. *v.* BROWN. C. A. D. C. Cir. Certiorari denied. *Raphael G. Urciolo* and *Herman Miller* for petitioner. *Florence Wagman Roisman* for respondent.

No. 655. DAVIS *v.* LITTELL. C. A. 9th Cir. Certiorari denied. *Laurence Davis,* petitioner, *pro se. Joseph S. Jenckes, Jr.,* for respondent.

No. 656. NORMAN ET AL. *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Richard L. Merrick* for Norman et al., and *Clifford A. Dougherty* for Martin, petitioners. *Solicitor General Griswold, Assistant Attorney General Weisl,* and *John C. Eldridge* for the United States.

No. 661. SHOTT *v.* CONROY, TRUSTEE IN BANKRUPTCY. C. A. 6th Cir. Certiorari denied. *James G. Andrews, Jr.,* for petitioner. *J. Vincent Aug* and *William H. Neiman* for respondent.

No. 664. RANSBURG ELECTRO-COATING CORP. *v.* IONIC ELECTROSTATIC CORP. C. A. 4th Cir. Certiorari denied. *James P. Hume* and *Clyde F. Willian* for petitioner. *John S. McDaniel, Jr.,* for respondent.

No. 666. TRICE, EXECUTRIX *v.* COMMERCIAL UNION ASSURANCE CO., LTD., ET AL. C. A. 6th Cir. Certiorari denied. *Fyke Farmer* for petitioner. *Lon P. MacFarland* for respondents.

No. 669. IVANCIE *v.* THORNTON, ATTORNEY GENERAL OF OREGON, ET AL. Sup. Ct. Ore. Certiorari denied. *Floyd A. Fredrickson* for petitioner.